# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colleen Faucher, | No. CV-17-08084-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Vance & Huffman LLC, | |
| Defendant. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed within **30 days** of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **August 1**, **2017** without further leave of Court.

Dated this 30th day of June, 2017.

Douglas L. Rayes
United States District Judge